**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: BECKY R. THORSON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:   20-cr-181 PJS/BRT |
| | ) | Date:   August 27, 2020 |
| Davon De-Andre Turner(2), | ) | Video Conference |
| | ) | Time Commenced:   1:06 p.m. |
| Defendant, | ) | Time Concluded:   1:22 p.m. |
| | | Time in Court:   16 minutes |

APPEARANCES:

Plaintiff: Alexander Chiquoine, Assistant U.S. Attorney
Defendant: Deborah Ellis, Assistant Federal Public Defender
   X CJA

Date Charges Filed: 8/28/2020        Offense: Conspiracy to commit arson

X Advised of Rights

on    X Indictment


**X Personal Recognizance Bond see Order Setting Conditions of Release.**

Next appearance date is August 31, 2020 at 4:00 p.m. via video conference before U.S. Magistrate Judge Tony N. Leung for:
   X Arraignment hrg


Additional Information:

X Defendant consents to this hearing via video conference.

                                                                s/JM
                                                    Signature of Courtroom Deputy