# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff,<br>v.<br><br>Davon De-Andre Turner (2),<br>　　　　　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:  TONY N. LEUNG<br>U.S. Magistrate Judge<br><br>Case No:　　　　20-cr-181 PJS/BRT<br>Date:　　　　　August 31, 2020<br>Video Conference<br>Time Commenced:　4:58 p.m.<br>Time Concluded:　 5:03 p.m.<br>Time in Court:　　5 minutes |

APPEARANCES:

　Plaintiff: Harry Jacobs, Assistant U.S. Attorney
　Defendant:  Deborah Ellis,
　　　　　X CJA

**Indictment Dated:** August 25, 2020

　X Reading of Indictment Waived　　　X Not Guilty Plea Entered

| | |
|---|---|
| Government Disclosures Due Date: | September 8, 2020 |
| Defendant's Disclosures Due Date: | September 14, 2020 |
| Motion Filing Date: | September 21, 2020 |
| Motion Response Date: | October 5, 2020 |
| Notice of Intent to call Witnesses: | October 5, 2020 |
| Responsive Notice Deadline: | October 7, 2020 |
| Motion Hearing Date: | October 14, 2020 at 2:00 p.m. before Magistrate Judge Becky R. Thorson in CR6A, St. Paul |
| Voir Dire/Jury Instruction Due Date: | October 21, 2020 |
| Status Conference Date: | October 30, 2020 at 9:00 a.m. before District Judge Patrick J. Schiltz in CR14E, Minneapolis |
| Trial Date: | November 2, 2020 at 9:00 a.m. before District Judge Patrick J. Schiltz in CR14E, Minneapolis |

Other Remarks:

　X Counsel to be notified of additional dates by separate Order to be issued.
　X Defendant consents to this hearing via video conference.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/SAE
　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy