AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED**
**SEP 01 2020**
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

F#111164918

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| United States of America<br>v.<br><br>Davon De-Andre Turner<br>*Defendant* | ) ) ) ) ) ) ) Case No. CR 20-181(2) PJS/BRT |

RECEIVED
US MARSHALS
SAINT PAUL, MN
2020 AUG 26  AM 8:03

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Davon De-Andre Turner,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1 - Conspiracy to Commit Arson, 18:371

Date: 08/25/2020

*Issuing officer's signature*

Kate M. Fogarty, Clerk of Court
*Printed name and title*

City and state:   Minneapolis, MN

### Return

| | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. | |
| Date: _____<br>ARRESTED ON 8/27/2020<br>ARRESTED BY ATF<br>U.S. MARSHAL<br>DISTRICT OF MINNESOTA<br>BY _____ | *Arresting officer's signature*<br><br>*Printed name and title* |

**SCANNED**
SEP 01 2020
CK
U.S. DISTRICT COURT ST. PAUL