**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,                                    Crim. No. 20-181 (PJS/BRT)

          Plaintiff,

v.

                                                   **ORDER**

Dylan Shakespeare Robinson (1),
Davon De-Andre Turner (2),
Bryce Michael Williams (3), and
Branden Michael Wolfe (4),

          Defendants.

       The above-entitled matter is presently set for a criminal motions hearing before the

undersigned U.S. Magistrate Judge on October 14 at 2:00 p.m. (Doc. No. 27.)

    1.     **Motion.**

          Defendants have so far filed a number of pre-trial motions in this matter,
including motions to dismiss the indictment, motions to suppress, and
motions to sever (*see* Doc. Nos. 53–75). The Court directs counsel to meet
and confer regarding these motions. Following the meet and confer,
Defendants' counsel must inform the Court no later than **October 9, 2020,**
**at noon**, as to whether they still seek to maintain the motions.

    2.     **Witnesses.** The Court has not yet received any indication that witnesses
will be called. After meeting and conferring with counsel from the other
side, please confirm that this is correct no later than **October 9, 2020, at**
**noon**, by providing a joint email to chambers at
thorson_chambers@mnd.uscourts.gov. If witnesses will be called, please
provide an estimated amount time for testimony from all witnesses (which
includes questioning from both sides) no later than **October 9, 2020, at**
**noon**. If the hearing will include testimony, the attorneys will receive
instructions for where the witnesses may wait until they are called to
testify.

3.      **Attorneys.** Counsel shall notify the Court via e-mail to thorson_chambers@mnd.uscourts.gov by **October 9, 2020, at noon**, if more than one attorney will be present representing a party.

4.      **Anticipated Observers.** Counsel shall notify the Court via e-mail to thorson_chambers@mnd.uscourts.gov by **October 9, 2020, at noon**, if they expect any observers to be present for the proceeding.

5.      **Exhibits:**

    a.      **Documents.** Counsel shall pre-mark and make .pdf copies of all exhibits that they may seek to introduce at the hearing, and e-mail one complete set thereof to the Court at thorson_chambers@mnd.uscourts.gov **no later than October 12, 2020, at noon**. Counsel shall also e-mail one complete set of .pdf copies of all such potential pre-marked exhibits to opposing counsel **no later than 4:00 p.m. on October 12, 2020, at noon**.

    b.      **Video/Audio Recordings.** Counsel shall pre-mark and make electronic copies (whether by DVD, USB drive, or similar electronic media) of all exhibits that they may seek to introduce at the hearing and send one complete set thereof to the Court **to arrive no later than October 12, 2020, at noon**. Counsel shall also send one complete set of all such potential pre-marked exhibits to opposing counsel **to arrive no later than 4:00 p.m. on October 12, 2020.** If this turnaround is burdensome, Counsel must contact Chambers by **5:00 p.m. on October 9, 2020**, to discuss alternate plans for delivering any video/audio recordings in advance of the hearing.

**SO ORDERED.**

Dated: October 6, 2020                                        *s/ Becky R. Thorson*
                                                             BECKY R. THORSON
                                                             United States Magistrate Judge