# ellis law office

101 East Fifth Street
Suite 1500
Saint Paul, Minnesota 55101
651-288-3554
Fax: 651-293-0993

DEBORAH ELLIS
LAWYER
deborahellis2626@gmail.com

CRIMINAL LAW SPECIALIST
As Certified by Minnesota Bar Association
Also admitted in Wisconsin

SUSAN JOHNSON
LAWYER
susanjohnson2626@gmail.com

ANICA OLSON
PARALEGAL
ellislaw.asst@gmail.com

October 30, 2020

The Honorable Magistrate Becky R. Thorson
U.S. Courthouse, Suite 346
316 North Robert Street
Saint Paul, MN  55101

**United States v. Turner**
**File No. 20-CR-181(2)(PJS/BRT)**

Dear Magistrate Thorson:

Please be advised that based upon negotiations with the Government, Mr. Turner wishes to withdraw his pretrial motions filed in this case.

Very truly yours,

d*eborah ellis*
Deborah Ellis

Cc: David Steinkamp
    Harry Jacobs



www.deborahellislawyer.com