**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

                Plaintiff,

v.

Davon De-Andre Turner,

                Defendant,

Docket No. 0864 0:20CR00181-002(PJS)

**Order Modifying**
**Conditions of Pretrial Release**

---

IT IS HEREBY ORDERED that the defendant's conditions of release requiring that he submit to a location monitoring program as directed by the pretrial services office and comply with all program requirements and instructions provided, be vacated.

All other conditions of release, as previously imposed, shall remain in effect.

Dated: January 22, 2021

Patrick J. Schiltz
U.S. District Judge